**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| DANIELA CESPEDES ALMONACID | CIVIL ACTION NO. 26-1844 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| BRIAN ACUNA, ET AL. | MAGISTRATE JUDGE WHITEHURST |

## <u>ORDER</u>

Considering the foregoing Voluntary Motion to Dismiss filed by the petitioner, Daniela Cespedes Almonacid,

**IT IS ORDERED** that the motion is **GRANTED**. The Petition for Habeas Corpus, Record Document 1, and all claims arising in this action against the respondents are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 13th day of August, 2026.

_____
ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE